UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION

| | |
|---|---|
| CHARLENE P. LEON, individually, and as a representative of a Class of Participants and Beneficiaries of the Maersk Inc. Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>MAERSK INC, THE BOARD OF DIRECTORS OF MAERSK INC., and THE PENSION COMMITTEE OF MAERSK INC.,<br><br>Defendants. | CASE NO. 3:23-CV-00602-RJC-SCR |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, December 2, 2024, at 10:00 a.m., in Courtroom 4A of the United States District Court for the Western District of North Carolina, in Charlotte, North Carolina, the Court will conduct the Fairness Hearing. Plaintiff Charlene Leon ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 21-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 3.1 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representative (Dkt. 22),

the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 22nd day of November, 2024        **WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda*
*admitted pro hac vice*
Paul M. Secunda
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

**FITZGERALD LITIGATION**

Andrew L. Fitzgerald
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101
Telephone: 336-793-4365
Fax: 336-793-4696
E-Mail: andy@fitzgeraldlitigation.com

***ATTORNEYS FOR PLAINTIFF AND PROPOSED SETTLEMENT CLASS***

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: November 22, 2024                                                                 *s/Paul M. Secunda*
                                                                                          Paul M. Secunda